UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENNIS LUTHER, JR.                                     CIVIL ACTION

VERSUS                                                 NUMBER: 11-1184

JOHN W. STONE OIL DISTRIBUTOR, L.L.C.,                 SECTION: "C" 4
*in personam*
M/V STONE BUCCANEER, *in rem*

**ATTORNEY'S FEES JUDGMENT**

In accordance with the order of the Magistrate Judge regarding the intervention in this matter, record document number 122,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of intervenors Lawrence N. Curtis and Larry Curtis, APLC and against plaintiff Dennis Luther, Jr. in the amount of $10,664.55. This obligation shall be satisfied by Dennis Luther, Jr. no later than 20 days from the issuance of record document number 122.

New Orleans, Louisiana, this 17th day of July 2014.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE